# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     Appellee ) | |
| ) | |
| v. ) | DOCKET NO. 24-3155 |
| ) | |
| ISAAC BISHOP CHARLES ) | |
|     Appellant | |

## MOTION FOR EXTENSION OF TIME
## TO FILE APPELLEE'S BRIEF

Comes now the United States of America, by and through David Clay Fowlkes, United States Attorney for the Western District of Arkansas, and for its motion filed herein, states:

1. The Appellee's Brief in the above-styled matter is presently due to be filed on March 19, 2025. The undersigned Assistant United States Attorney has only sought one prior extension of time for filing the brief in this case.

2. That due to the undersigned Assistant United States Attorney's caseload, including multiple appeals pending before this Court, and to the issues raised in Appellant's brief, counsel has not had sufficient time to finish the Appellee's Brief.

3. That the United States is seeking a 21-day extension of time within which to file Appellee's Brief in the above-captioned matter.

4. That this extension is requested for good cause and in the best interests

of justice.

WHEREFORE, premises considered, the United States of America prays that the time for filing the Appellee's Brief in the above-styled cause be extended, until and including April 9, 2025; and for all other just and proper relief to which it may be entitled.

RESPECTFULLY SUBMITTED,

DAVID CLAY FOWLKES
UNITED STATES ATTORNEY

By: /s/ Kevin Eaton
Kevin Eaton
Assistant U.S. Attorney
Bar No. 24105832
414 Parker Avenue
Fort Smith, AR 72901
479-249-9048
E-mail: Kevin.Eaton@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of March, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF System, which will send notification of such filing to the following:

Christopher H. Baker, Attorney for Appellant

/s/ Kevin Eaton
Kevin Eaton
Assistant U.S. Attorney

# CERTIFICATE OF COMPLIANCE

I hereby certify that this motion has been scanned for viruses and that to the best of my knowledge the motion is virus free.

I further certify that Word software was used to prepare this motion.

I further certify that this motion complies with the type-volume limitations as set forth in Fed. R. App. P. 27(d)(2)(A).  There are 4 pages containing 413 words, using Times New Roman 14 point, in the motion.

/s/ Kevin Eaton
Kevin Eaton
Assistant U. S. Attorney
Bar No. 24105832
414 Parker Avenue
Fort Smith, AR 72901
479-249-9048
E-mail: Kevin.Eaton@usdoj.gov